IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY – NEWARK VICINAGE

| | |
|---|---|
| 13-50 RIVER ROAD CORP. d/b/a EMPRESS DINER, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ANSAM COMMERCIAL KITCHEN AND VENTILATION SPECIALISTS, INC.,<br><br>Defendant. | No. 2:16-CV-00710-CCC-JBC |

**AGREED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS**

Plaintiff, 13-50 River Road Corp. d/b/a Empress Diner ("Plaintiff"), on behalf of themselves and a proposed settlement class of similarly-situated persons (identified herein as the "Settlement Class"), respectfully requests, pursuant to Fed. R. Civ. P. 23 (e), that the Court enter an order (1) preliminarily approving the parties' proposed class action Settlement Agreement (the "Agreement") attached to Plaintiff's supporting brief as <u>Exhibit A</u>, (2) approving the form of Class Notice attached as Exhibit 1 to the Agreement and its dissemination to the Settlement Class by fax and by mail to class members who cannot be reached by fax, and (3) setting dates for opt-outs, objections, and a fairness hearing to take place no sooner than 90 days after the government officials receive the notice CAFA requires (to be served

1

by defense counsel no later than 10 days after this motion, which attaches the Agreement, is filed with the Court).

A proposed Preliminary Approval Order is attached as Exhibit 1 to the Agreement and will be submitted to the Court electronically. This motion is unopposed.

Plaintiffs have filed a brief in support of this motion.

                    Respectfully submitted,

                    13-50 RIVER ROAD CORP. d/b/a EMPRESS DINER, individually and as the representative of a class of similarly-situated persons,

                    By:   /s/ Matthew N. Fiorovanti

| | |
|---|---|
| Phillip A. Bock | Michael J. Canning |
| Tod A. Lewis | Matthew N. Fiorovanti |
| BOCK, HATCH, LEWIS & OPPENHEIM, LLC | Giordano, Halleran & Ciesla |
| 134 N. La Salle St., Ste. 1000 | 125 Half Mile Rd., Ste. 300 |
| Chicago, IL 60602 | Red Bank, NJ 07701 |
| Telephone: 312-658-5500 | Telephone: 732-741-3900 |
| | |
| Brian J. Wanca | |
| Ryan M. Kelly | |
| Anderson + Wanca | |
| 3701 Algonquin Rd., Ste. 760 | |
| Rolling Meadows, IL 60008 | |
| Telephone: 847-368-1500 | |

## CERTIFICATE OF E-FILING AND SERVICE

      I hereby certify that on November 1, 2018, I electronically filed the foregoing using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

                                                           /s/ Matthew N. Fiorovanti